## <u>ATTACHMENT A</u> - Statement of Facts: Brian Barnes

*The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial.*

On or about April 21, 2010, the United States Marshals Service (USMS) Fugitive Task Force Group attempted to execute a state arrest warrant for Brian BARNES at a residence located at 8405 Chestnut Avenue, Bowie, Maryland. The arrest warrant was issued out of Prince George's County, Maryland for attempted first degree murder. Subsequent to the USMS Task Force Group arriving at the residence, BARNES fled in a 2002 BMW 330CI, bearing Alabama tag number D66214. While fleeing the residence, BARNES struck a police vehicle and drove directly toward a Prince George's County Sheriff's Deputy. The Deputy fired his service weapon at BARNES' vehicle striking it in the front passenger door. BARNES was not struck by the rounds. BARNES drove several blocks, stopped the vehicle and fled on foot to a house located at 12910 9th Street, Bowie, Maryland. BARNES then entered the house by breaking the window to the rear door where he (BARNES) subsequently barricaded himself inside. Later that day, BARNES was arrested by the Prince George's County Police Department (PGPD). On the same date, the BMW 330CI was transported to the PGPD Criminal Investigations Division (CID) in Palmer Park, Maryland where it was secured and maintained in the evidence bay.

On or about April 23, 2010, PGPD officers obtained a state search warrant for the 2002 BMW 330CI. During the search, officers seized 171.4 grams of crack cocaine, 308 grams of cocaine hydrochloride, 3,115.9 grams of marijuana, a debit card in the name of Brian BARNES, and $12,789 in United States currency in the trunk of the BMW. Further, officers found a quantity of cocaine and a utility bill and Maryland MVA documents bearing the name Brian BARNES in the passenger compartment of the BMW. Finally, officers recovered a loaded .40 caliber semi-automatic handgun which was located on the floorboard behind the driver's seat of the vehicle, which BARNES knowingly possessed.

On or about April 30, 2010, officers executed the search warrant at BARNES' business located at 8069 Cryden Way, District Heights, Maryland. During the search, officers seized two Pyrex measuring cups, two digital scales containing suspected cocaine residue, sandwich bags, baking soda, vacuum sealer with bags and documents bearing the name Brian BARNES.



BARNES knowingly possessed the cocaine base with intent to distribute it. BARNES also knowingly possessed the above-referenced firearm in furtherance of a drug trafficking crime, specifically, possession with intent to distribute 50 grams or more of cocaine base.

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_____11/16/10_____
Date

_____11/16/10_____
Date

Brian Barnes

Douglas J. Wood, Esq.

11